IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORMAN JARRETT, and OTHERS SIMILARLY SITUATED, and JERRY THURMON,<br>    Plaintiffs, | § CIVIL ACTION NO. 4:12-cv-00509<br>§<br>§<br>§<br>§ |
| VS. | § COLLECTIVE ACTION REQUESTED<br>§ |
| POWER LINE SERVICES, INC., and TOTAL ELECTRICAL SERVICE & SUPPLY CO.,<br>    Defendants. | § ASSIGNED TO THE HONORABLE<br>§ VANESSA D. GILLMORE<br>§<br>§ JURY TRIAL DEMANDED |

_____CONSOLIDATED WITH_____

| | |
|---|---|
| JERRY THURMON, WAYNE THURMON, and OTHERS SIMILARLY SITUATED,<br>    Plaintiffs, | § CIVIL ACTION NO. 4:11-cv-1365<br>§<br>§<br>§<br>§ |
| VS. | §<br>§ |
| POWER LINE SERVICES, INC. TOTAL ELECTRICAL SERVICE & SUPPLY CO., and SUN ELECTRIC SERVICES, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

All remaining Plaintiffs (Norman Jarrett and Jerry Thurmon) and all remaining Defendants (Power Line Services, Inc. and Total Electrical Services & Supply Co. (n/k/a Power Line Infrastructure Services, Inc.)) have filed a Stipulation of Dismissal with Prejudice (the "Stipulation") for all claims and causes of action that were or could have been asserted by Plaintiffs against Defendants in this lawsuit. Counsel for all parties who have appeared in this

1

matter have signed the Stipulation for such parties, reflecting their agreement to the dismissal of these claims with prejudice. All pending motions have been rendered moot by the Parties' express stipulations.

It is therefore, ORDERED pursuant to Rule 41(a), and to give effect to the Stipulation signed and filed by all Parties, that this action is DISMISSED WITH PREJUDICE, with Plaintiffs and Defendants each to bear his or its own costs.

Signed this ___4th___ day of January 2013.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE